```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO. 09-23811-CIV-SEITZ
                         MAGISTRATE JUDGE P. A. WHITE
```

FRANCIS WASHINGTON,            :

      Petitioner,       :

v.                             :           REPORT OF
                                      MAGISTRATE JUDGE
UNITED STATES,                 :

      Respondent.       :
_____

    The pro-se petitioner, Francis Washington filed a motion to vacate on December 23, 2009, in case no. 09-23811-Civ-Seitz which is an exact duplicate of his prior motion to vacate, case no. 09-23797-Civ-Seitz. An Order to show cause has been issued in case no. 09-23797-Civ-Seitz, and this case was clearly filed in error.

    It is therefore recommended that this higher numbered case be dismissed as duplicative.

    Dated this 4th day of January, 2010.

                                                                 _____
                                                                 UNITED STATES MAGISTRATE JUDGE

cc:  Francis Washington, Pro Se
     81395-004
     Danbury, Ct.
     Address of record