**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 09-23811-CIV-SEITZ /O'SULLIVAN

FRANCIS WASHINGTON,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

THIS MATTER is before the Court on the Report and Recommendation [DE-8] of the Honorable Patrick A. White, Magistrate Judge, to which no party has filed an objection. Judge White recommends that the Court close this case as Judge White has already issued an Order to show cause in case number 09-cv-23797, which is an exact duplicate of later-filed motion to vacate at issue in the above-captioned case. Having reviewed the Recommendation, and there being no objection thereto, it is hereby

ORDERED that

(1) Judge White's Report and Recommendation [DE-8] is AFFIRMED AND ADOPTED;

(2) All pending motions not otherwise ruled upon are DENIED AS MOOT;

(3) This case is CLOSED;

DONE AND ORDERED in Miami, Florida, this _____ day of March, 2010.

                           PATRICIA A. SEITZ
                           UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge White
Counsel of Record/Pro se parties